IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY DEAN ANTHON,

    Plaintiff,

v.

AMY CONNELL M.D.,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-536-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Gary Dean Anthon's failure to prosecute.

_____      9/19/12
Peter Oppeneer, Clerk of Court            Date